# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Billie Haviland )<br>  )<br>*Plaintiff* )<br>v. )<br>Commissioner of Social Security Administration )<br>  )<br>*Defendant* ) | Civil Action No. 1:15-cv-03209-JTR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment, ECF 15, GRANTED, in part.
Defendant's Motion for Summary Judgment, ECF 17, DENIED.
REMANDED to Commissioner for additional proceedings.
Judgment for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  John T. Rodgers  on a motion for
Summary Judgment, ECF 15, GRANTED, in part. Defendant's Motion for Summary Judgment, ECF 17, DENIED.

Date:  1/31/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*